UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF NORTH CAROLINA
DURHAM DIVISION

| | |
|---|---|
| In Re: ) | |
| ) | Case No. 09-82314 |
| TAMARA LEIGH HANSBROUGH, ) | |
| ) | Chapter 7 |
| Debtor ) | |
| ) | |
| LISA FRITZ, ) | |
| ) | |
| Plaintiff, ) | |
| ) | Adversary proceeding No. 10-9041 |
| Vs. ) | |
| ) | |
| TAMARA LEIGH HANSBROUGH, ) | |
| ) | |
| Defendant. ) | |

### AFFIDAVIT OF ACCEPTANCE OF SERVICE

I, Koury L. Hicks, being first duly sworn, depose and say:

1. I am the attorney for Tamara Leigh Hansbrough, and am duly authorized by her, on her behalf, to accept service of the Complaint, Summons and Notice in this adversary proceeding.

2. That by the execution hereof I accept service of the adversarial complaint, summons and notice as of the date of my signature on behalf of defendant Tamara Leigh Hansbrough.

3. I do hereby certify that I signed this Acceptance of Service and further certify that I am more than 18 years of age and not under any legal disability.

This 24th day of May 2010.

_____
Koury L. Hicks
NC State Bar # 36204

The Law Offices of John T. Orcutt
Attorney for Defendant
1738 Hillandale Road
Durham NC 27705
Phone: 919-286-1695

SWORN AND SUBSCRIBED BEFORE ME
this 24th day of May, 2010

_____
Notary Public

My Commission expires: