UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF NORTH CAROLINA
DURHAM DIVISION

| | | |
|---|---|---|
| In Re: | ) | |
| | ) | Case No. 09-82314 |
| TAMARA LEIGH HANSBROUGH, | ) | |
| | ) | Chapter 7 |
| Debtor | ) | |
| | ) | |
| LISA FRITZ, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | Adversary proceeding No. 10-9041 |
| Vs. | ) | |
| | ) | |
| TAMARA LEIGH HANSBROUGH, | ) | |
| | ) | |
| Defendant. | ) | |

## S C H E D U L I N G   O R D E R

It appearing to the court that the parties have conferred and submitted a scheduling memorandum in accordance with Federal Rule 26(f) and Bankruptcy Rule 7026 and that this scheduling order be entered at this time without the parties appearing in court for a pre-trial/scheduling conference.

Now, therefore, it is **ORDERED** as follows:

1.      The time limits set forth in the joint scheduling memorandum are approved and shall be binding upon the parties;

2.      The pre-trial conference scheduled for July 22, 2010 is cancelled; and

3.      All final pre-trial disclosures shall be filed with the Court and served on the opposing counsel by the 10th day of December, 2010, unless a dispositive motion is filed in which case the final pre-trial disclosures shall be filed within 20 days of the entry of the Order ruling on the dispositive motion.

4.      The defendant shall have 30 days from the date of this Order within which to file a brief or legal memorandum in support of its defenses asserting insufficiency of process, insufficiency of service of process and failure to state claims for relief.  If the defendant files a brief or legal memorandum in support of such defenses, the plaintiffs shall have 60 days from the date of this Order within which to file a brief or legal memorandum in

152454.1

opposition to the defendant's brief or legal memorandum. If the defendant does not file a supporting brief or legal memorandum on or before 30 days from the date of this Order, defendant shall be deemed to have abandoned the foregoing defenses and an order overruling and denying such defenses shall be entered.

152454.1

Parties in interest

Michael D. West, Esquire
U.S. Bankruptcy Administrator
P. O. Box 1828
Greensboro, NC 27402

John A. Northen, Esquire
P. O. Box 2208
Chapel Hill, NC 27514-2208

Edward C. Boltz, Esquire
Suite D
1738 Hillandale Rd.
Durham, NC 27705

Rayford K. Adams III, Esquire
Higgins Benjamin Eagles & Adams, PLLC
P. O. Box 20570
Greensboro, NC 27420-0570

152454.1