UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF NORTH CAROLINA
DURHAM DIVISION

| | |
|---|---|
| In Re: ) | |
| ) | Case No. 09-82314 |
| TAMARA LEIGH HANSBROUGH, ) | |
| ) | Chapter 7 |
| Debtor, ) | |
| ) | |
| LISA FRITZ, ) | |
| ) | |
| Plaintiff, ) | |
| ) | Adversary Proceeding No. 10-9041 |
| vs. ) | |
| ) | |
| TAMARA LEIGH HANSBROUGH, ) | |
| ) | |
| Defendant. ) | |

## STIPULATION OF DISMISSAL WITH PREJUDICE; MOTION FOR ENTRY OF ORDER DISMISSING ADVERSARY PROCEEDING

The plaintiff and the defendant, by and through their attorneys of record, hereby stipulate to the dismissal of this adversary proceeding with prejudice. The parties further stipulate that each party shall bear her own attorneys' fees and costs.

The parties request that the court enter such order dismissing this adversary proceeding as is appropriate pursuant to Bankruptcy Rule 7041.

This 3rd day of February 2011.

/s/Rayford K. Adams III
Rayford K. Adams III
N.C. State Bar No. 8622
Attorney for Lisa Fritz

/s/ Koury L. Hicks
Koury L. Hicks
N.C State Bar No. 36204
Attorney for Debtor

## CERTIFICATE OF SERVICE

   THIS IS TO CERTIFY that the undersigned counsel of record has this date served a copy of the *Stipulation of Dismissal with Prejudice; Motion for Entry of Order Dismissing Adversary Proceeding* in the manner prescribed by the Rules of Civil Procedure by first-class mail, unless otherwise indicated, and addressed to the following:

| | |
|---|---|
| Michael D. West, Esquire<br>U.S. Bankruptcy Administrator<br>P. O. Box 1828<br>Greensboro, NC 27402 | Koury L. Hicks, Esquire<br>Suite D<br>1738 Hillandale Rd.<br>Durham, NC 27705 |
| John A. Northen, Esquire<br>P. O. Box 2208<br>Chapel Hill, NC 27514-2208 | |

  This 3rd day of February 2011.

                /s/Rayford K. Adams III_____
                Rayford K. Adams III
                N.C. State Bar No. 8622
                Attorney for Lisa Fritz