UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF NORTH CAROLINA
DURHAM DIVISION

| | |
|---|---|
| In Re: ) | |
| ) | Case No. 09-82314 |
| TAMARA LEIGH HANSBROUGH, ) | |
| ) | Chapter 7 |
| Debtor ) | |
| ) | |
| LISA FRITZ, ) | |
| ) | |
| Plaintiff, ) | |
| ) | Adversary Proceeding No. 10-9041 |
| vs. ) | |
| ) | |
| TAMARA LEIGH HANSBROUGH, ) | |
| ) | |
| Defendant. ) | |

## ORDER DISMISSING ADVERSARY PROCEEDING WITH PREJUDICE

Having received and reviewed the Stipulation of Dismissal with Prejudice; Motion for Entry of Order Dismissing Adversary Proceeding filed jointly by the plaintiff and the defendant in this adversary proceeding, and finding that the adversary proceeding should be dismissed as requested by the parties and upon appropriate notice under Bankruptcy Rule 7041,

IT IS HEREBY ORDERED that this adversary proceeding be and is hereby dismissed with prejudice, with each party to bear her own attorneys' fees and costs.